UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**26-CR-20031-BLOOM/ELFENBEIN**
CASE NO. _____

UNITED STATES OF AMERICA

vs.

T.H., a minor,

Defendant.

_____/

FILED BY_____ **BM** ____D.C.

**Feb 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that the Information, Certificate of Trial Attorney, Penalty Sheet, Certificate of the United States Attorney, Arrest Warrant, Bond Recommendation, Order Regarding Detention of a Juvenile Defendant, this motion, and any resulting Order, be SEALED until further order of the Court or the transfer of this matter to adult status, as required under the provisions of the Juvenile Delinquency Act, 18 U.S.C. § 5038(c), excepting all entities and persons entitled to disclosure pursuant to 18 U.S.C. §§ 5038(a)(1-6) and (c).   The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.



Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____

Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov