UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**26-CR-20031-BLOOM/ELFENBEIN**
CASE NO. _____

18 U.S.C. § 1111(a)
18 U.S.C. § 2241(a)(1)

UNITED STATES OF AMERICA

vs.

T.H., a minor,

**Defendant.**

_____/

FILED BY ____ *BM* ____ D.C.

**Feb 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Murder in the First Degree
### (18 U.S.C. § 1111(a))

On or about November 6, 2025, within the special maritime and territorial jurisdiction of the United States, upon the high seas and out of the jurisdiction of any particular State or district, with Miami-Dade County, in the Southern District of Florida, being the district in which the offender was arrested, the defendant,

**T.H., a minor,**

did knowingly and unlawfully perpetrate, and attempt to perpetrate, a murder, that is, (1) the willful, deliberate, malicious, and premeditated killing of A.K. with malice aforethought, and (2) the unlawful killing of A.K. during the perpetration of, or attempt to perpetrate, an aggravated sexual abuse, in violation of Title 18, United States Code, Sections 1111(a) and 7.

## COUNT 2
**Aggravated Sexual Abuse**
**(18 U.S.C. § 2241(a)(1))**

On or about November 6, 2025, within the special maritime and territorial jurisdiction of the United States, upon the high seas and out of the jurisdiction of any particular State or district, with Miami-Dade County, in the Southern District of Florida, being the district in which the offender was arrested, the defendant,

**T.H., a minor,**

did knowingly cause, and attempt to cause, a person, that is, A.K., to engage in a sexual act, that is, by causing contact between his penis and A.K's vulva by vaginally penetrating A.K. with his penis, and did so by the use of force against A.K., in violation of Title 18, United States Code, Sections 2241(a)(1) and 7.

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
for ALEJANDRA L. LÓPEZ
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: _____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

T.H., a minor

_____/

Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____

**Court Division** (select one)

Number of New Defendants _____

☑ Miami   ☐ Key West   ☐ FTP

Total number of new counts _____

☐ FTL   ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect:_____

4. This case will take __7__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I ☐ 0 to 5 days
   II ☑ 6 to 10 days
   III ☐ 11 to 20 days
   IV ☐ 21 to 60 days
   V ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____

For ALEJANDRA L. LOPEZ
Assistant United States Attorney
FL Bar No.          37132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **T.H., a minor**

**Case No:**

Count #:1

Murder in the First Degree

Title 18, United States Code, Section 1111(a)

* **Max. Term of Imprisonment:** Until the age of 21, pursuant to 18 U.S.C. § 5037(c)(1)(A). If the case is transferred to adult status—life imprisonment.
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Term of Supervised Release:** Until the age of 21, pursuant to 18 U.S.C. § 5037(d)(2)(A). If the case is transferred to adult status—5 years.
* **Mandatory Min. Term of Supervised Release:** N/A
* **Max. Fine:**  N/A.    If the case is transferred to adult status—$250,000.

Count #:2

Aggravated Sexual Abuse

Title 18, United States Code, Section 2241(a)(1)

* **Max. Term of Imprisonment:** Until the age of 21, pursuant to 18 U.S.C. § 5037(c)(1)(A); unless the case is transferred to adult status, then life imprisonment.
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Term of Supervised Release:** Until the age of 21, pursuant to 18 U.S.C. § 5037(d)(2)(A). If the case is transferred to adult status—5 years.
* **Mandatory Min. Term of Supervised Release:** N/A
* **Max. Fine:**  N/A.    If the case is transferred to adult status—$250,000.