UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**26-CR-20031-BLOOM/ELFENBEIN**
CASE NO. _____

UNITED STATES OF AMERICA

vs.

T.H., a minor,

**Defendant.**

_____/

FILED BY_____**BM**_____D.C.

**Feb 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CERTIFICATE OF THE UNITED STATES ATTOREY

The United States of America, by and through the United States Attorney for the Southern

District of Florida, comes now before the Court and certifies, pursuant to the provisions of Title

18, United States Code, Section 5032, *et. seq.*, that in the instant matter the offenses charged are

crimes of violence that are felony offenses, and that there is a substantial federal interest in the

case and offenses to warrant the exercise of federal jurisdiction.

Respectfully submitted,



_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
Southern District of Florida



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

July 25, 2023

## MEMORANDUM FOR ALL UNITED STATES ATTORNEYS

From:       Kenneth A. Polite, Jr.
            Assistant Attorney General
            Criminal Division

Subject:    Federal Juvenile Delinquency Act
            Delegation of Authority[1]

1. <u>Purposes</u>. This order redelegates to all United States Attorneys the authority of the Assistant Attorney General of the Criminal Division, pursuant to 18 U.S.C. §§ 5032 and 5036, and 28 C.F.R. § 0.57, to:

   (1) prosecute juveniles for acts of juvenile delinquency (including proceeding by information);

   (2) certify to the appropriate district court of the United States that:

       a. the juvenile court or other appropriate court of the state does not have jurisdiction or refuses to assume jurisdiction over a juvenile alleged to have committed an act of juvenile delinquency;

       b. the state does not have available programs and services adequate for the needs of juveniles; or

       c. the offense charged is a crime of violence that is a felony or offense enumerated in the first paragraph of 18 U.S.C. § 5032, and that there is a substantial federal interest in the case or the offense to warrant the exercise of federal jurisdiction;

   (3) make the proper showing to the court in the event a juvenile is not brought to trial within 30 days from the date detention began; and

---

[1] This memorandum cancels the Memorandum of Assistant Attorney General Jo Ann Harris to all United States Attorneys regarding delegation authority dated July 20, 1995.

    (4) move to transfer to adult status for criminal prosecution a juvenile alleged to have committed an act which is a crime of violence that is a felony or an offense enumerated in the fourth paragraph of 18 U.S.C. § 5032.

2. <u>Scope</u>. This order applies to all United States Attorneys and Department of Justice attorneys.

3. <u>Authority</u>. This order is authorized by 28 C.F.R. § 0.57.

4. This order is effective July 25, 2023.