**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  26-20031-CR-BLOOM

UNITED STATES OF AMERICA

vs.

T.H., a minor,

      *Defendant.*

_____/

### *ORDER FINALIZING TRANSFER TO ADULT PROSECUTION AND UNSEALING OF THE COURT RECORD*

This matter is before the Court on an an unopposed Motion to Finalize Transfer to Adult Prosecution and Unsealing of the Court Record [D.E. 45], that was referred for disposition.  The Court heard argument on the motion and reviewed the supporting record, at which the Court announced its findings on the record.  This Order is entered to memorialize the Court's findings on the docket.  It is thus **ORDERED and ADJUDGED**:

On February 26, 2026, United States District Court Judge Beth Bloom entered an Order in this matter transferring this case to adult prosecution (the "February 26, 2026 Order") [D.E. 37]. On March 10, 2026, pursuant to the provisions of 18 U.S.C. § 5032, the United States filed written certifications of the juvenile clerk of courts of Miami-Dade and Brevard Counties, in the State of Florida, regarding T.H. [D.E. 42].

The Court has reviewed the certifications from the juvenile clerk of courts and finds they satisfy the requirements of 18 U.S.C. § 5032 and the district court's February 26, 2026 Order.  Specifically, the Court's review of the supporting record at the hearing allows it to find that no juvenile court or other appropriate court of a State has jurisdiction or refuses to assume jurisdiction over T.H. with respect to any alleged act of juvenile delinquency.

Accordingly, pursuant to 18 U.S.C. § 5032 and the district court's February 26, 2026 Order it is further ORDERED that the Clerk of Court finalize the transfer of this matter to adult prosecution.

IT IS FURTHER ORDERED that the record in this matter (including filings and the Court's electronic docket) be unsealed by the Clerk of Courts, excepting the items specified here:

a.       pursuant to Federal Rule of Criminal Procedure 49.1 and Southern District of Florida Local Rules 77.2(c)(1) and (f), Docket Entry 42 and its attached certifications (the United States's Notice of Filing of Certifications of the Clerks of Juvenile Courts and Certifications A and B) shall remain sealed until further Order of the Court; and

b.       should either the United States or T.H. order any copy of the transcript of the February 6, 2026 detention hearing, [D.E. 23], said transcript shall be provided to the parties and also filed under the seal with the Court. Within 30 days of the sealed filing of the transcript, the parties shall confer on which portions of the transcript they believe should remain sealed.  Upon conferral, the parties shall file with this Court a joint motion requesting the sealing of certain portions of the transcript.  Upon receipt of the joint motion, Court shall issue a separate order ruling on said motion.

**DONE AND ORDERED** at Miami, Florida, this 10th day of April, 2026.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc:    Alejandra L. López, AUSA
Eric Cohen, AFPD
Abigail Becker, AFPD
Evan Kuhl, AFPD