UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-20031-CR-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

T.H., a minor,

     Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Defender's Office for the Southern District of Florida gives notice that Assistant Federal Public Defender Abigail Becker is appearing as counsel in this case.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:   /s/Abigail E. Becker
       Abigail E. Becker
       Assistant Federal Public Defender
       Florida Bar No. 72284
       150 W. Flagler Street, Suite 1700
       Miami, Florida   33130
       Tel:    305-530-7000
       E-Mail Address: abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 14, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/Abigail E. Becker
Abigail E. Becker