# COURT MINUTES

## Magistrate Judge Eduardo I. Sanchez

**Atkins Building Courthouse - 6th Floor**          Date: 4/22/26      Time: 10:00 a.m.

Defendant: T. H.                     J#: BOND          Case #: 26-CR-20031 BLOOM(s)

AUSA: Alejandra Lopez                      Attorney: AFPD – Evan Kuhl

Violation:    Murder in the First Degree; Aggravated Sexual Abuse

Proceeding: Arraignment on Superseding Indictment          CJA Appt:

Bond/PTD Held: ○ Yes    ○ No          Recommended Bond:

Bond Set at:                              Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language:  English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Waver of Personal Apperance filed on

4/21/26 {DE 65}

-Defendant not present;

-Defendant's Waiver of Personal Appearance accepted by the Court.

-Defendant Arraigned

*Reading of Superseding Indictment Waived*

*Not Guilty plea entered;*

*Jury trial demanded*

*Standing Discovery Ordered requested.*

- Deft's ore tenus request for entry of S.D.O. is **GRANTED.**

BRADY ORDER GIVEN

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:        Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:01:33; 10:02:32                    Time in Court:  3 minutes

s/Eduardo I. Sanchez                         Magistrate Judge