**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-CR-20031-BLOOM</u>**

**UNITED STATES OF AMERICA**

**vs.**

**T.H., a minor,**

      **Defendant.**

_____/

<u>**MOTION TO SEAL**</u>

The United States of America, by and through its undersigned attorney, comes now and respectfully requests that the Transcript of the Detention Hearing held on February 6, 2026, this motion, and any resulting Order, be SEALED until further order of the Court, excepting the United States Attorney's Office and counsel for the Defendant.

On April 10, 2026, this Court ordered the transfer of this matter to adult prosecution be finalized. (ECF No. 54). Consistent with the procedures set forth in 18 U.S.C. §§ 5038 and 5032, once this matter transferred to adult prosecution, this Court also ordered that the instant case be unsealed, (*id.* at 2). However, the Court further ordered that any copy obtained by the parties of the February 6, 2026 detention hearing, (ECF Nos. 22, 24), first be filed with the Court under seal. Thereupon, the Parties should confer about whether any portions of the transcript should be redacted; file said request with the Court; and the Court would subsequently issue an order ruling on said requests before unsealing the transcript.

The United States having obtained the transcript of the February 6, 2026 detention hearing,

and having provided the same to the defense, now requests this Court allow said transcript to be filed under seal, with further proceedings to follow, consistent with the Court's April 10, 2026 Order.

Consistent with Local Rule 88.9, I have conferred with counsel for the Defendant, AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, and they do not oppose the instant motion.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2026, I conventionally filed the foregoing document with the Clerk of the Court, and served the same via email on AFPDs Eric Cohen, Abigail Becker, and Evan Kuhl, counsel for the Defendant.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney