**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20031-BLOOM**


**UNITED STATES OF AMERICA**


**vs.**

**T.H., a minor,**

     **Defendant.**
_____/

## ORDER ON MOTION TO SEAL

This matter is before the Court on the Government's Motion to Seal (ECF No. 70), resulting from a procedure previously ordered by this Court in its Order Finalizing Transfer to Adult Prosecution and Order to Unseal the Case (ECF No. 54). Being fully advised, it is hereby **ORDERED** that the motion is **GRANTED** and the following be **SEALED** until further Order of the Court:

    1.    Transcript of Detention Hearing held on February 6, 2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of May, 2026.

/s/ *Edwin G. Torres*         
EDWIN G. TORRES
United States Magistrate Judge