**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-CR-20031-BLOOM/ELFENBEIN</u>**

**UNITED STATES OF AMERICA**

    **vs.**

**T.H., a minor,**

       **Defendant.**

<u>                      </u>/

**<u>JOINT NOTICE REGARDING REDACTIONS OF [ECF NOS. 62, 72] THE</u>**
**<u>TRANSCRIPT OF THE JUVENILE DELINQUENCY ACT DETENTION HEARING</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, by and through the undersigned Assistant Federal Public Defenders, and in compliance with this Court's Order Finalizing Transfer to Adult Prosecution and Order Unsealing the Docket (ECF No. 54), hereby provide notice that neither party is requesting redactions of the transcript of the February 6, 2026 Juvenile Delinquency Act detention hearing (ECF Nos. 62, 72).

               Respectfully submitted,

               On Behalf of the United States:

               JASON A. REDING QUIÑONES
               UNITED STATES ATTORNEY

   BY:    *<u>/s/ Alejandra L. López</u>*
          Assistant United States Attorney
          Florida Bar No. 37132
          99 Northeast 4th Street

Miami, Florida   33132-2111
TEL (305) 961-9241
FAX (305) 530-7976
Email: Alejandra.Lopez@usdoj.gov


On Behalf of the Defendant:

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

BY:     /s/ Eric Cohen
        Eric Cohen
        Assistant Federal Public Defender
        Florida Bar No. 328065
        150 West Flagler Street, Suite 1700
        Miami, Florida   33130
        TEL (305) 533-7000
        FAX (305) 536-4559
        Email: Eric_Cohen@fd.org

        Abigail Becker
        Assistant Federal Public Defender
        Florida Bar No. 72284
        150 West Flagler Street, Suite 1700
        Miami, Florida   33130
        TEL (305) 533-7000
        FAX (305) 536-4559
        Email: Abigail_Becker@fd.org

        Evan Kuhl
        Assistant Federal Public Defender
        Florida Bar No. 1025143
        150 West Flagler Street, Suite 1700
        Miami, Florida   33130
        TEL (305) 533-4194
        FAX (305) 536-4559
        Email: Evan_Kuhl@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2026, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF, and which caused the same to be served on AFPDs Eric Cohen, Abigail Becker, Evan Kuhl, attorneys for the defendant, via CM/ECF.


/s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney