**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20031-CR-BLOOM

UNITED STATES OF AMERICA,

     *Plaintiff,*

vs.

T.H., a minor,

     *Defendant.*

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

T.H., through undersigned counsel, respectfully submits this unopposed request to continue the trial setting of this matter for 90 days and states in support the following.

T.H. is charged by indictment with violations of 18 U.S.C. § 1111(a) and 18 U.S.C. § 2241(a)(1). He was arraigned on April 22, 2026. This matter is set for trial during the two-week period beginning June 1, 2026, with a calendar call on May 26, 2026. This is the first request for a continuance of the trial setting in this case.

T.H. respectfully requests a 90-day continuance of the current trial setting to allow time for defense counsel to continue its investigation of the case, which includes a review of the government's voluminous discovery productions. In addition to family obligations relating to the upcoming summer school holidays, the undersigned also has two special set trials over the coming months that further necessitate a continuance of the current trial setting in this case: *United States v.*

*Wilner Renaud*, Case No. 26-20128-CR-BECERRA (trial set for June 16, 2026); *United States v. Anthony Thomas*, Case No. 24-20508-CR-ALTONAGA (trial set for July 13, 2026).

Undersigned counsel has conferred with AUSA Alejandra Lopez regarding the relief requested herein.  The government has no objection to this continuance.

WHEREFORE, the defendant, T.H., respectfully requests a 90-day continuance of the trial setting in this matter.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/ Evan L. Kuhl*
Evan L. Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
(305) 530-7000
evan_kuhl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **May 13, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Evan L. Kuhl*