Case 1:26-cr-20031-BB  Document 77  Entered on FLSD Docket 05/27/2026  Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 26- 20031-CR-BLOOM

UNITED STATES OF AMERICA,

    *Plaintiff.*

v.

T.H., a minor**,**

    *Defendant.*

_____/

## <u>ORDER</u>

This matter is before the Court on the parties' Joint Notice Regarding Redactions of [ECF NOS. 62, 72] [D.E. 73], pursuant to this Court's Order Finalizing Transfer to Adult Prosecution and Order Unsealing the Docket [D.E. 54]. Given the parties' representation that "neither party is requesting redactions of the transcript of the February 6, 2026[,] Juvenile Delinquency Act detention hearing," [D.E. 73 at 1], the Clerk of Court is hereby DIRECTED to unseal the transcript of the February 6, 2026, hearing, found at [D.E. 62] and [D.E. 72].

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of May, 2026.

/s/ *Edwin G. Torres*\
EDWIN G. TORRES\
United States Magistrate Judge