# COURT MINUTES
# Magistrate Judge Edwin Torres

King Building Courtroom 10-5                    Date: 05/27/2026  Time: 10:00 AM

Defendant: T. H.                    J#: BOND        Case #: 26-CR-20031-BLOOM

AUSA: Alejandra L. Lopez                    Attorney: AFPD, Evan Kuhl & Eric Cohen

Violation: Murder in the First Degree

Proceeding: Motion                    CJA Appt:

Bond/PTD Held: ○ Yes  ◉ No        Recommended Bond:

Bond Set at:                    Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [x] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [x] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

Disposition:
Government Seeks Pretrial Detention based on Risk of flights and danger to the community. No Action on Motion DE #[58]. Defendant to continue to be in custody of the uncle and with Home Detention condition. Defendant released to family subject with court further order.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:            Time:            Judge:                Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:11:16                    Time in Court: 1:55 Mins