UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20031-CR-BLOOM

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

T.H., a minor,

*Defendant*.
_______________________________________/

**DEFEDNANT T.H.'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant T.H., through undersigned counsel, files his second request[1] for a continuance of trial here – this time until the trial period beginning November 2, 2026 - to afford his counsel sufficient time to complete their investigation of issues that will likely impact the resolution of his case, and states that:

Trial is currently set for the period beginning September 8, 2026. (DE 75). Although defense counsel have spent a significant amount of time reviewing the discovery provided by the government and researching various issues of potential relevance, their preparations are not yet complete due to several issues, including: 1) the seriousness of the offenses alleged in the instant Indictment; 2) T.H.'s status as a juvenile and the different considerations that therefore apply to him; [2] and 3)

[1] T.H. previously requested and the Court previously granted a ninety (90) day continuance. (DE 74, 75).

[2] None of T.H.'s three Assistant Federal Public Defenders have previously represented a juvenile in federal court.

the unique – and very unfortunate – family dynamic that has resulted from the allegations here.

Although Count 1 of the Indictment typically mandates a sentence of life imprisonment after conviction, T.H., if convicted either by plea or jury verdict, would be entitled to a *Miller*[3] hearing before the Court imposes sentence. Preparation for a *Miller* hearing often resembles the type of mitigation investigation involved in a capital prosecution. Unfortunately, however, defense counsel do not have the type of access to certain family members that would facilitate their investigation.[4] So, although substantial progress has been made, more still needs to be done. Counsel anticipate that a continuance until November 2, 2026 will provide them the time needed to complete their investigation and properly advise T.H. about the options available to him to resolve the pending charges.

Assistant United States Attorney Alejandra Lopez has represented that she does not oppose the requested relief.

---

[3] *Miller v. Alabama*, 567 U.S. 460 (2012).

[4] The undersigned is purposefully being vague due to the intense media scrutiny this case has garnered.

Wherefore, the Defendant requests that trial in this matter be continued until the period beginning November 2, 2026.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY: *_/s/ Eric M. Cohen_*
Eric M. Cohen
Assistant Federal Public Defender
Florida Bar No. 328065
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: 305-530-7000
E-Mail Address: Eric_Cohen@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **August 24, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *_/s/ Eric M. Cohen_*
Eric M. Cohen