UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20031-CR-BLOOM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

T.H., a minor,

Defendant.
_______________________________________/

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL**

**THIS CAUSE** is before the Court on Defendant's Second Unopposed Motion to Continue Trial. The Court having reviewed said motion and being fully advised as to its premises, it is:

**ORDERED AND ADJUDGED** the Motion is **GRANTED**. The trial of this cause is hereby **CONTINUED** to the two-week trial period commencing ______________________, at ________am/pm. A Calendar Call will be held on _______________________, at _______am/pm.

**DONE AND ORDERED** in Chambers, at Miami, Florida this _____ day of August, 2026.

_________________________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record