**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20031-BLOOM**

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**T.H, a minor**

Defendant.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion to Continue Trial, ECF No. [99]. Being fully advised, it is

**ORDERED AND ADJUDGED** the Motion is **GRANTED.** The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was raised, August 24, 2026, to and including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

**THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Monday, November 2, 2026**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, October 27, 2026,** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **Friday, October 23, 2026**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547

F.2d 863, 868 (5th Cir. 1977)). All pretrial motions, including motions to suppress and motions *in limine*, shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 24, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record