UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20031-CR-BLOOM

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

T.H., a minor,

*Defendant*.
______________________________________/

**THIRD UNOPPOSED MOTION FOR CONTINUANCE**

In a previous pleading, defense counsel advised the Court that they needed additional time "to complete their investigation and properly advise T.H. about the options available to him to resolve the pending charges." (DE 99:2). The Court therefore granted the Defendant's request for a continuance. Trial is currently set for the period beginning November 2, 2026. (DE 100).

Although the undersigned have since made progress towards attaining their goals, one pending issue still needs to be addressed before a final decision can be made concerning whether T.H. should plead or proceed to trial. That issue cannot be resolved prior to the present trial setting. Accordingly, T.H. asks that trial be continued again until after January, 2027. If the Court has questions about the basis for the instant request, the defense asks that a status conference be scheduled at the Court's earliest convenience.

Counsel has advised Assistant United States Attorney Alejandra Lopez of the nature of the issue. Ms. Lopez does not object to the requested relief.

Wherefore, the Defendant requests that the present trial setting be continued until after January, 2027.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY: */s/ Eric M. Cohen*
Eric M. Cohen
Assistant Federal Public Defender
Florida Bar No. 328065
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: 305-530-7000
E-Mail Address: Eric_Cohen@fd.org

By: s/ *Abigail E. Becker*
Abigail E. Becker
Supervisory Assistant Federal Public Defender
Florida Bar No. 072284
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address: abigail_becker@fd.org

By: *s/ Evan Kuhl*
Evan Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address: evan_kuhl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **October 13, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: *_/s/ Eric M. Cohen_*
Eric M. Cohen